UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:09-cv-10555-NMG

| | |
|---|---|
| STEPHANIE CATANZARO,<br>　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and<br>VERIZON NEW ENGLAND, INC.,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| STEPHANIE CATANZARO,<br>　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC and<br>VERIZON NEW ENGLAND, INC.,<br>　　Defendants. | )　Consolidated<br>)　Cases<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims, including all cross-claims, claims for interest, costs and attorneys fees, are hereby dismissed with prejudice in both of the above-captioned consolidated cases. All rights of appeal are hereby waived.

| | |
|---|---|
| PLAINTIFF,<br>STEPHANIE CATANZARO<br>By her attorney, | DEFENDANT,<br>VERIZON NEW ENGLAND, INC.<br>By its attorneys, |
| /s/ Kenneth D. Quat<br>BBO #408640<br>Quat Law Offices<br>678 Massachusetts Avenue<br>Suite 702<br>Cambridge, MA 02139<br>Tel: 617-492-0522<br>Fax: 617-492-5991<br>Email: ken@quatlaw.com | /s/ James R. Dyer<br>BBO #558929<br>Tucker, Heifetz & Saltzman, LLP<br>100 Franklin Street<br>Boston, MA 02110<br>(617) 557-9696<br>Fax: 617-227-9191<br>Email: dyer@ths-law.com |
| DEFENDANT<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br>By its attorneys, | DEFENDANT<br>TRANS UNION, LLC<br>By its attorneys, |
| /s/ Michael D. Silberfarb<br>JONES DAY<br>222 E. 41st Street<br>New York, NY 10017<br>(212) 326-3939<br>Email: msilberfarb@jonesday.com | /s/ Mardic Marashian<br>Bonin & Marashian<br>77 Franklin Street<br>Boston, MA 02110<br>(617) 723-2525<br>Email: mardic@boninmarashian.com |

DATE:   June 16, 2011

## CERTIFICATE OF SERVICE

I, James R. Dyer, hereby certify that on this 16th day of June 2011, I served a copy of this document electronically through the EFC system to the registered participants on the Notice of Electronic filing (NEF):

Kenneth D. Quat, Esq.
Quat Law Offices
678 Massachusetts Avenue, Suite 702
Cambridge, MA  02139
kquat@quatlaw.com

Michael D. Silberfarb, Esq.
Admitted Pro Hac Vice
Jones Day
222 E. 41st Street
New York, NY  10017
msilberfarb@jonesday.com

Mardic A. Marashian, Esq.
Bonin & Marashian
77 Franklin Street
Boston, MA  02110
mardic@boninmarashian.com

/s/James R. Dyer